NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARSHALL JACKSON, | Civil Docket No. 11-3238 (FSH) |
| Plaintiff, | |
| | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| v. | |
| NJ TRANSIT RAIL CORPORATION, | June 8, 2011 |
| Defendant. | |

**HOCHBERG, District Judge:**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

**IT IS**, on this 8th day of June, 2011,

**ORDERED** that the application is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint; and it is further

**ORDERED** that the Clerk of the Court issue summons and the United States Marshal serve a copy of the Complaint, summons and this order upon the Defendant as directed by the Plaintiff.  All costs of service shall be advanced by the United States.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**